IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL CHRISTOPHER BARTRAM, ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) | CIVIL ACTION 15-0573-CG-M |
| ) | CRIMINAL NO. 12-00171-CG-M |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 45) is **GRANTED**, that Petitioner's Motion to Vacate (Doc. 36) is **DENIED**, and that this action is **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner is denied as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 27th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE