IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL CHRISTOPHER BARTRAM, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | CIVIL ACTION 15-0573-CG-M |
| | ) | CRIMINAL NO. 12-00171-CG-M |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner, Daniel Christopher Bartram.

**DONE and ORDERED** this 27th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE